**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **INFORMATION**

3:26mj209

**LISA M. THOMPSON**

______________________________/

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**

On or about March 27, 2026, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

**LISA M. THOMPSON,**

did unlawfully drive a motor vehicle in a reckless manner with willful or wanton disregard for the safety of persons or property, in violation of Section 316.192, Florida Statutes, and Title 18, United States Code, Sections 7 and 13.

**COUNT TWO**

On or about March 27, 2026, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

FILED USDC FLND PN
JUL 10 '26 AM7:05

**LISA M. THOMPSON,**

did unlawfully drive a motor vehicle in a reckless manner with willful or wanton disregard for the safety of persons or property and fled from a law enforcement officer, in violation of Sections 316.192(1)(b), Florida Statutes, and Title 18, United States Code, Sections 7 and 13.

(for)
JOHN P. HEEKIN
United States Attorney

**7/9/2026**
DATE